IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EUGENE V. BOUTHNER, JR. *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-11-244 |
| CLEVELAND CONSTRUCTION INC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of July 2011, ORDERED that:

1. Defendants Cleveland Construction, Inc. and Kurt Antonio Boyd, Margaret Sherman Boyd and Servicemax, Inc. Motions to Partially Dismiss the First Amended Complaint (ECF Nos. 15 and 17) are MOOT;

2. Defendant Cleveland Construction Inc.'s Partial Motion to Dismiss (ECF No. 26), Defendants Servicemax, Inc., Kurt Antonio Boyd and Margaret Sherman Boyd's Partial Motion to Dismiss (ECF No. 27), Defendants FAS Consultants, LLC, and David Trent's Partial Motion to Dismiss (ECF No. 29), and Defendants Chesapeake Firestop Products, Inc. and Clifford B. Smith's Partial Motion to Dismiss (ECF No. 30) are GRANTED, thus:

    a. Counts I, II, III and IV are dismissed as to all Defendants as they pertain to work done on the National Naval Medical Center;

    b. Counts I and III are dismissed in their entirety as to the Individual Defendants— Kurt Antonio Boyd, Margaret Sherman Boyd, David Trent and Clifford B. Smith;

3. Accordingly, the following claims in the Second Amended Complaint remain:

   a. Plaintiffs' state law claims in Counts II (Maryland Wage and Hour Law) and IV (*quantum meruit*) as they pertain to the work done on Johns Hopkins Hospital by all Defendants;

   b. Plaintiffs' state law claims in Counts I (Maryland Workplace Fraud Act) and III (Maryland Wage Payment and Collection Law) as they pertain to the work done on Johns Hopkins Hospital by the Corporate Defendants—Cleveland Construction, Inc., Servicemax, Inc., FAS Consultants, LLC, and Chesapeake Firestop Products, Inc.;

   c. Plaintiffs' federal claims in Count V (Fair Labor Standards Act) as to all Defendants;

4. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

/s/_____

Richard D. Bennett
United States District Judge